# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|   |   |   |
|---|---|---|
| IN RE: LEGACY ANTITRUST JUDGMENT TERMINATIONS | :<br>:<br>:<br>: | No. 3:19-mc-22 (VLB) |

## ORDER GRANTING MOTION [DKT. 1] AND TERMINATING FINAL JUDGMENTS

The Court has received the motion of Plaintiff United States of America for termination of the final judgments entered in the cases listed in the following table:

| Defendant(s)<br>(The United States is the plaintiff in all matters) | Docket Number |
|---|---|
| CONNECTICUT FOOD COUNCIL, INC., ET AL. | Civil No. 680 |
| PATENT BUTTON COMPANY | Civil No. 1854 |
| SCOVILL MANUFACTURING COMPANY | Civil No. 1853 |
| CENTRAL COAT, APRON & LINEN SERVICE, INC. ET AL. | Civil No. 3005 |
| SHADE TOBACCO GROWERS AGRICULTURAL ASSOCIATION ET AL. | Civil No. 3992 |
| THE TORRINGTON COMPANY | Civil No. 4840 |
| PITNEY-BOWES, INC. | Civil No. 7610 |
| CONNECTICUT PACKAGE STORES ASSOCIATION, INC., ET AL. | Civil No. 9157 |
| ROEHR PRODUCTS COMPANY, INC. (CONNECTICUT), ET AL. | Civil No. 9370 |
| ANACONDA AMERICAN BRASS COMPANY, ET AL. | Civil No. 9543 |
| HAT CORPORATION OF AMERICA | Civil No. 10980 |
| ILCO CORPORATION | Civil No. 13261 |
| HARVEY HUBBELL, INC. | Civil No. B-285 |
| HARVEY HUBBELL, INC., ET AL. | Civil No. N-78-292 |
| AMAX, INC., ET AL. | Civil No. H-75-263 |

The Court has considered all of the papers filed in connection with this miscellaneous motion, and, the Court finding that it is appropriate to terminate the final judgments in each of the above listed cases, it is hereby ORDERED, ADJUDGED, AND DECREED:

That said final judgments are hereby terminated.

_____/s/_____
**Hon. Vanessa L. Bryant**
**United States District Judge**


**Dated at Hartford, Connecticut: July 16, 2019**